SUPREME COURT, APPELLATE TERM, APRIL, 1907.

JULIA COOGAN, by CATHERINE COOGAN, Her Guardian ad Litem, Respondent, v. THE INTERBOROUGH RAPID TRANSIT CO., Appellant.

Carriers — Carriage of passengers — Liability for personal injuries to passengers — Condition and care of premises — Duty to warn passengers.

APPEAL by the defendant from a judgment of the Municipal Court of the city of New York, first district, borough of Manhattan, rendered in favor of the plaintiff after a trial had before a jury.

Charles A. Gardiner (J. Osgood Nichols, of counsel), for appellant.

John B. Doyle, for respondent.

*Per Curiam:* We can discern no material difference between the facts as presented in this record and as presented

at the first trial, which, as in the present case, resulted in a judgment for the plaintiff. The first judgment was reversed by this court with an opinion reviewing the evidence at considerable length. 50 Misc. Rep. 562. The same condition, especially with respect to the question whether or not a warning was given by the guard, exists in this record as appears by the opinion to have existed before.

Present: GILDERSLEEVE, GIEGERICH and ERLANGER, JJ.

Judgment reversed and new trial ordered, with costs to appellant to abide event.

Carriers — Carriage of passengers — Liability for personal injuries to passengers — Condition and care of premises — Means of ingress and egress — Constructive notice to carrier.

